LISA R. LANG
Johnston Porter Law Office PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
OSB NO. 025035
Email: Lisa@jplawpc.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| **ANNA CARAMANNA,**<br>    **Plaintiff,**<br>vs.<br><br>**COMMISSIONER of Social Security,**<br>    Defendant | **Civil Action No. 3:23-CV-00673-MK**<br><br>**ORDER GRANTING AWARD OF EAJA FEES, EXPENSES COSTS** |

## ORDER

Based upon the Plaintiffs Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(l)(A) the assignment of EAJA fees to Plaintiffs attorney by Plaintiff, as discussed in <u>Astrue v Ratliff,</u> 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of **$7,456.02** if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in <u>Ratliff</u> shall be paid to the Plaintiff, and mailed to the attorney's office.

Dated this <u>18th</u> day of July 2024.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge

Presented by:
Lisa R. Lang, OSB 025035
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035